M. M. CULBREATH v. WILLIAM L. HUNTER.

HAMILTON, J.—This case being identical in character and principle with the case of Luter v. Hunter, [*ante*, 688,] just decided, in accordance with the opinion therein declared, the judgment of the court below is

AFFIRMED.